IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 7:23-CR- 00007 |
| ) | |
| v. ) | **INFORMATION** |
| ) | |
| RONALD CASEY SCHNURMAN ) | **In Violation of:** |
| ) | |
| ) | 21 U.S.C. § 846 |
| ) | 21 U.S.C. § 841(a)(1) and (b)(1)(B) |

The United States Attorney charges that:

## COUNT ONE

1. Beginning in or about July 2021 and continuing until on or about September 28, 2021, in the Western District of Virginia, the defendant, RONALD CASEY SCHNURMAN, and co-conspirator W.D.R., did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(B).

## COUNT TWO

1. That on or about July 20, 2021, in the Western District of Virginia, the defendant, RONALD CASEY SCHNURMAN, did knowingly and intentionally distribute 50 grams or more of a mixture and substance containing a detectable amount of

1

methamphetamine, a Schedule II controlled substance

2. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Information, the defendant shall forfeit to the United States:

    a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

    b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

2. The property to be forfeited to the United States includes but is not limited to the following property:

    a. **Money Judgment**

    An undetermined sum of United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

    b. **Currency**

    i. $284,302.00 in U.S. Currency

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with a third person;

2

    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

Date: 2/14/2023

_/s/ CHRISTOPHER R. KAVANAUGH_
CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY